IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TRANSCEND SHIPPING SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAERSK, INC., A.P. MOLLER – MAERSK A/S, AND MAERSK LINE LTD.<br><br>Defendants. | Civil Action No. 6:20-cv-01122<br><br>JURY DEMANDED |

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Maersk Inc., A.P. Moller – Maersk A/S, and Maersk Line Ltd. state that Defendants Maersk, Inc. and Maersk Line, Limited[1] are wholly owned subsidiaries of Defendant A.P. Moller - Maersk A/S, which is publicly traded on the Danish stock exchange. No publicly held corporation holds more than 10% of A.P. Moller-Maersk A/S's stock.

Dated: January 13, 2021

Respectfully submitted,

*/s/ Michael J. Collins*
Michael J. Collins
Texas State Bar. No. 04614510
mjc@maierandmaier.com
**Maier & Maier, PLLC**
2777 Allen Parkway, Suite 1000
Houston, Tx 77019
Telephone: (713) 452-2620
Facsimile: (703) 991-7071

---

[1] Defendants provide and the legal names for Maersk Inc. and Maersk Line, Limited, rather than the incorrect names used in the caption.

1

**ATTORNEYS FOR DEFENDANTS MAERSK INC., A.P. MOLLER – MAERSK A/S, AND MAERSK LINE, LIMITED**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on January 13, 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

>                                        */s/ Michael J. Collins*
>                                        Michael J. Collins