# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TRANSCEND SHIPPING SYSTEMS, LLC, <br><br> v. <br><br> A.P. MOLLER-MAERSK A/S ("APM"), MAERSK, INC., MAERSK LINE LTD. AND MAERSK CONTAINER INDUSTRY A/S, <br><br> Defendants. | Case No. 6:20-cv-1122-ADA <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff respectfully submits this notice of voluntary dismissal without prejudice of all Defendants.

Dated:  January 21, 2021

Respectfully submitted,
*/s/ Randall Garteiser*
**RANDALL T. GARTEISER**
  TEXAS BAR NO. 24038912
    RGARTEISER@GHIPLAW.COM
**M. SCOTT FULLER**
  TEXAS BAR NO. 24036607
    SFULLER@GHIPLAW.COM
**THOMAS G. FASONE III**
  TEXAS BAR NO. 00785382
    TFASONE@GHIPLAW.COM
**GARTEISER HONEA PLLC**

>119 W. FERGUSON STREET
>TYLER, TEXAS 75702
>TELEPHONE: (888) 908-4400
>
>**ATTORNEYS FOR PLAINTIFF TRANSCEND SHIPPING SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

I, Randall Garteiser, the ECF filer, attest that this document is being served electronically via email notification on January 21, 2021 under ECF to every counsel of record in this litigation.

>*/s/ Randall Garteiser*
>Randall T. Garteiser