UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TRANSCEND SHIPPING SYSTEMS, LLC, <br><br> v. <br><br> A.P. MOLLER-MAERSK A/S ("APM"), MAERSK, INC., MAERSK LINE LTD. AND MAERSK CONTAINER INDUSTRY A/S, <br><br> Defendants. | Case No. 6:20-cv-1122-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING VOLUNTARY DISMISSAL OF DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court grants Plaintiff's notice of voluntary dismissal without prejudice of Defendants, whom have not filed an Answer or otherwise responded.

The Court hereby orders the Clerk of Court to close this case. Parties will bear their own costs and fees.

DATED:

_____
Alan D Albright
United States District Court Judge
Western District of Texas